# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.03-02-00304-CV

**William O. Harrison, Appellant**

**v.**

**State of Texas; City of Corpus Christi, Texas; Transit Authority of Corpus Christi, Texas; and Special Purpose District of Corpus Christi Crime Control, Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. GV100146, HONORABLE FRANK J. MALONEY, JR., JUDGE PRESIDING

Appellant William O. Harrison filed an unopposed motion to dismiss his appeal, informing this Court that the parties have executed a settlement agreement and requesting that this Court dismiss his appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: August 8, 2002

Do Not Publish